UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR621-008 |
| | ) | |
| CHASITY DELOACH | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Robert M. Mock Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Robert M. Mock, Jr.** be granted leave of absence for the following periods: March 23, 2022; May 13, 2022; May 19, 2022 through May 20, 2022.

**SO ORDERED**, this the 16th day of March, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA